## MOTION AND PROCEDURAL RULINGS

**1987–1674. State v. Broom.**
Cuyahoga App. No. 51237. On motion to set execution date and motion to stay ruling on motion to set execution date. Motion to stay ruling on the motion to set execution date is denied, and the motion to set execution date is granted.

It is further ordered by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, October 18, 2007, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas for Cuyahoga County.

LANZINGER, J., dissents.

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On motion for leave to file a response to status report and orders issued December 14, 2005, January 5, 2007, and March 28, 2007. Motion denied.

CUPP, J., not participating.

**2006–1913. Borkowski v. Abood.**
Lucas App. No. L–05–1425, 169 Ohio App.3d 31, 2006-Ohio-4913. On motion to consolidate with 2007–0564, *State ex rel. Borkowski v. Markus.* Motion denied.

**2006–1914. Groch v. Gen. Motors Corp.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Western Division, No. 3:06–CV–1604. On motion for admission pro hac vice of Mark A. Behrens by Victor E. Schwartz. Motion granted.

**2007–0329. State ex rel. Holt v. Columbus.**
In Mandamus. On answer of respondent. Alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

**2007–0507. Albrecht v. Treon.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:06CV274. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question:

"Whether the next of kin of a decedent, upon whom an autopsy has been performed, have a protected right under Ohio law in the decedent's tissues, organs, blood or other body parts that have been removed and retained by the coroner for forensic examination and testing."

O'DONNELL, J., dissents.

**2007–0593. Wohl v. Swinney.**
Butler App. No. CA2006–05–123, 2007-Ohio-592. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry filed March 22, 2007:

"Whether the definition of 'insured' as 'any other person occupying your covered auto who is not a named insured or insured family member for uninsured motorist's coverage under another policy' is ambiguous and should be construed against the insurer to provide coverage for a permissive operator of a covered vehicle who is not a named insured or insured family member."

O'DONNELL, J., dissents.

The conflict case is *Safeco Ins. v. Motorists Mut. Ins. Co.,* Cuyahoga App. No. 86124, 2006-Ohio-2063.